# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Wilkin Peguero Santana**
      Plaintiff

                                             CIVIL ACTION
    V.

                                             NO. **1:26-cv-11677-RGS**

**Moniz et al**
      Defendants

## ORDER OF DISMISSAL

Stearns, D. J.

      In accordance with the Court's Order entered April 29, 2026 [Doc. No. 12] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                             By the Court,

4/29/2026                                 /s/ Jacqueline Martin
  Date                                      Deputy Clerk